# Hawk Technology Systems, LLC v. Northside Independent School District

| Independent Claim No. 1 | HAWK USP RE43,462 E | Product Disclosure | Comments & Reference |
|---|---|---|---|
| A video storage and display system, comprising: *[1.0]* | *(4:37-44)* "The present invention implements a …video monitoring system … employing display windowing software… The preferred recording medium…"<br><br>*(Abstract, ll. 1-8)* "A PC-based system for monitoring and storing representative images from video cameras may be utilized for security or other monitoring applications. Camera inputs from digital or analog sources are individually and independently digitized and displayed at a first set of image sizes, sampling rates, and frame rates, and may be stored in digital form on various recording media at a second set of image sizes, sampling rates, and frame rates, and these two sets of sizes and rates may or may not be identical."<br><br>*(4:64-65)* "Fig. 1 shows a computer monitor display for a system configured in accordance with Mode I as listed in Fig. 15." | **[See page 2]**<br><br>**Perspective Video Management Software (VMS) is a feature rich enterprise-class video management software platform that provides the user with access to real-time and archived video surveillance from any network enabled workstation.** The client version of Perspective VMS is browser-based and may be accessed via user-authentication from most current web-browsers including, Microsoft's Internet Explorer, Mozilla's Firefox, or Google's Chrome.<br><br>**Perspective VMS consists of a web application, a SQL database, and several custom designed services.** Deployment of the Perspective VMS Server is designed for Microsoft Windows operating systems including Windows 2008 Server R2, Windows 2003 Server, and Windows 7. | LENSEC Perspective Video Management Software (VMS) support displaying of the video images on the screen and storing of video images in the database.<br><br>http://www.lensec.com/library/Specs/PVMS_Administration_v_1_2_0.pdf |

# Hawk Technology Systems, LLC v. Northside Independent School District

| Independent Claim No. 1 | HAWK USP RE43,462 E | Product Disclosure | Comments & Reference |
|---|---|---|---|
| a plurality of one or more video cameras, each outputting a signal representative of a video image; [1.1] | **(2:66–3:3)** "…an automated video monitoring system by way of a PC-based platform employing display windowing software, <u>with camera sources being interfaced</u> to an input circuit board which includes provisions for image data compression."<br><br>**(4:37-41)** "…an automated video monitoring system by way of a PC-based platform employing display windowing software, <u>with camera sources being interfaced</u> to an input circuit board which includes provisions for image data compression."<br><br>**(Abstract, ll. 1-8)** "A PC-based system for monitoring and storing representative images from video cameras may be utilized for security or other monitoring applications. Camera inputs from digital or analog sources are individually and independently digitized and displayed at a first set of image sizes, sampling rates, and frame rates, and may be stored in digital form on various recording media at a second set of image sizes, sampling rates, and frame rates, and these two sets of sizes and rates may or may not be identical." | [See page 4]<br><br> | LENSEC Perspective VMS support displaying of the video images received from the multiple cameras on a single screen.<br><br>http://www.lensec.com/library/Specs/LENSEC_VMS_SpecificationSheet.pdf |

# Hawk Technology Systems, LLC v. Northside Independent School District

| Independent Claim No. 1 | HAWK USP RE43,462 E | Product Disclosure | Comments & Reference |
|---|---|---|---|
| means to receive the signals from each camera and digitally compress the images; *[1.2]* | *(Abstract, ll. 1-8)* "A PC-based system for monitoring and storing representative images from video cameras may be utilized for security or other monitoring applications. Camera inputs from digital or analog sources are individually and independently digitized and displayed at a first set of image sizes, sampling rates, and frame rates, and may be stored in digital form on various recording media at a second set of image sizes, sampling rates, and frame rates, and these two sets of sizes and rates may or may not be identical."<br><br>*(2:66–3:3)* "…an automated video monitoring system by way of a PC-based platform employing display windowing software, <u>with camera sources being interfaced</u> to an input circuit board which includes provisions for image data compression."<br><br>*(4:37-41)* "…an automated video monitoring system by way of a PC-based platform employing display windowing software, <u>with camera sources being interfaced</u> to an input circuit board which includes provisions for image data compression." | **[See page 6]**<br><br>The service is mainly responsible for the following: Archiving image and video streams from system cameras. Handle image extractions requests from PVMS users and create archives/extractions accordingly. **Handle live recording requests from PVMS users to capture camera video streams and encode them using H.264/MPEG-4 codec for optimal quality/size.**<br><br>**[See page 19]**<br><br>The VMS shall be capable of recording camera streams in a H.264 format.<br><br>The VMS shall be capable of recording camera streams in a Motion-JPG format.<br><br>The VMS shall be capable of recording camera streams in a MPEG (video) format. | LENSEC Perspective VMS receive the video images from multiple cameras and digitally compress the video images using H.264/MPEG-4 codec.<br><br>http://www.lensec.com/library/Specs/PVMS_Administration_v_1_2_0.pdf<br><br>http://www.lensec.com/library/Specs/Perspective%20VMS%20-%20AE%20Specification.pdf |

# Hawk Technology Systems, LLC v. Northside Independent School District

| Independent Claim No. 1 | HAWK USP RE43,462 E | Product Disclosure | Comments & Reference |
|---|---|---|---|
| two forms of high-capacity storage media, one being randomly searchable while the other continues to store the digitally compressed image; and *[1.3]* | *(3:30– 35)* "Storage of images may be implemented by way of a tape back-up device, such as a DAT or 8-mm tape recorder, which are capable of storing as much as 960 hours of monitoring images, or by way of <u>disk storage devices</u>, preferably including removable disk drives such as magneto-optical disks or PCMCIA-compatible disk-drive modules."<br><br>*(3:64– 67)* "It is a further object of the invention to provide extended recording time for event-logging or security applications by means of either tape-based, or <u>disk-based</u>, or both tape-based and <u>disk-based data recording means</u>."<br><br>*(6:22– 33)* "An additional feature is the capability to implement a dual-recording-media option. This facility provides the ability to record simultaneously both on a tape (for high capacity, long term storage) and also on a removable media, such as a removable hard disk (i.e. PCMCIA) or magneto-optical disk (for short-term storage of up to 24 hours of images). These disks facilitate high-speed searching of recorded information without interrupting the tape, as well as providing a back up for the recording on the tape. In addition, the system is capable of simultaneously searching the recorded images on the disk storage unit while continuing to store images on the tape storage unit." | [See page 5]<br><br>**The amount of storage space necessary is based on the desired number of days required for video storage, the format of video to be stored, resolution, image complexity, Frames Per Second (FPS), if the video to be stored will be continuous, motion or event-based, the number of events daily *etc*. The storage may be SAN (Storage Array Network), NAS (Network Attached Storage), DAS (Direct Attached Storage), or Fiber attached storage.**<br><br>[See page 75]<br><br>All video that is recorded by the system is retained in Archives for a designated period of time. During that time, you can access and view that video. You can also extract a video clip to share with other users and be maintained on the system for a period in excess of the normal retention period. And, **you can also download that video clip to a workstation hard drive, CD, DVD or other media for more permanent retention or for authorized distribution.** | LENSEC Perspective VMS utilizes two form of high-capacity storage media; one being SAN/NAS/DAS (randomly searchable) and other is hard drive, CD, DVD to store digitally compressed video images.<br><br>http://www.lensec.com/library/Specs/Perspective%20VMS%20-%20AE%20Specification.pdf<br><br>http://www.lensec.com/library/Specs/PVMS_UsersGuide_v_1_0_0.pdf |

# Hawk Technology Systems, LLC v. Northside Independent School District

| Independent Claim No. 1 | HAWK USP RE43,462 E | Product Disclosure | Comments & Reference |
|---|---|---|---|
| a computer configured to receive the digitally compressed images, the computer being interfaced to the following devices: *[1.4]* | *(3:54-57)* "It is an object of the invention to provide a more efficient method for monitoring camera outputs by means of a multiple-window display system <u>implemented on a computer platform</u>." <br><br> *(3:58-63)* "It is another object of the invention to provide an improved recording system for event-logging or security applications, … and further <u>to implement this system on a computer platform</u>." <br><br> *(4:37-41)* "…an automated video monitoring system by way of a PC-based platform employing display windowing software, <u>with camera sources being interfaced</u> to an input circuit board which includes provisions for image data compression." | **[See page 10]** <br><br> **The VMS shall provide the user the ability to capture a digital still image (snapshot) from a single camera, from multiple cameras, or from all cameras contained within a multi-view layout.** <br><br> **[See page 19]** <br><br>  | LENSEC Perspective VMS support receiving of the digitally compressed images on the computer screen. <br><br> http://www.lensec.com/library/Specs/Perspective%20VMS%20-%20AE%20Specification.pdf <br><br> http://www.lensec.com/library/Specs/PVMS_UsersGuide_v_1_0_0.pdf |

## Hawk Technology Systems, LLC v. Northside Independent School District

| Independent Claim No. 1 | HAWK USP RE43,462 E | Product Disclosure | Comments & Reference |
|---|---|---|---|
| a display screen, *[1.5]* | *(2:66– 3:3)* "The present invention implements an automated video monitoring system by way of a PC-based platform employing display windowing software, with camera sources being interfaced to an input circuit board which includes provisions for image data compression."<br><br>*(4:64-65)* "Fig. 1 shows a computer monitor display for a system configured in accordance with Mode I as listed in Fig. 15." | [See page 19]<br><br> | LENSEC Perspective VMS support displaying of the compressed video images on a display screen.<br><br>http://www.lensec.com/library/Specs/PVMS_UsersGuide_v_1_0_0.pdf |

# Hawk Technology Systems, LLC v. Northside Independent School District

| Independent Claim No. 1 | HAWK USP RE43,462 E | Product Disclosure | Comments & Reference |
|---|---|---|---|
| means to receive externally derived operator commands, and  *[1.6]* | *(6:34– 40)* "It should be noted that there is no requirement that the image sizes or frame rates utilized for the video display match those utilized for the storage media. In practice, these two specifications may not agree, and will be determined by other factors, such as operator manipulation of the displayed image sizes or changes resulting from the detection of alarm conditions."  *(8:28– 42)* "It will be appreciated that in any of these implementations, alarm or sensor signals may be utilized to automatically re-configure the system operating mode, as, for example, increasing the frame rate or image size for an image source associated with the sensor which has initiated the alarm signal condition. As explained above, the displayed windows and image sizes may be reconfigured into an operating mode different from the reconfiguration of the digital storage mode. If desired, the operator may choose to allow the system to automatically adjust the compression ratio utilized for a particular window in response to alarm signal conditions. Alternatively, the compression ratio may be adjusted in response to the selection by the operator of a particular window for closer monitoring, by switching to an image window having larger dimensions in pixels." | **[See Page 30]**<br><br><br><br>**6. Resolution: You must enter a resolution that is supported by the camera being configured. A particular camera might support resolutions of 1600 x 1200 and 800 x 600, so either resolution would work. Another camera might support different resolutions. If you choose a resolution that is not supported by the camera, it could affect your view.**<br><br>**8 and 9. Playback FPS and Streaming FPS: Enter the Frames per Second (FPS) for Playback and for Streaming video. Playback FPS is the rate at which you are playing archived video. Streaming FPS is the rate being supplied for real-time viewing, such as video you can view in the Camera Viewer module. The Playback and Streaming rates can be different, depending upon your system configuration, resources and needs. A higher Streaming FPS can result in the need for higher network bandwidth resources. In most instances Playback FPS is set between 2 and 10 FPS. The setting for** | LENSEC Perspective VMS support externally derived operator commands such as event, alarm notification, motion detection etc.  http://www.lensec. com/library/Specs /PVMS_UsersGui de_v_1_0_0.pdf |

# Hawk Technology Systems, LLC v. Northside Independent School District

| Independent Claim No. 1 | HAWK USP RE43,462 E | Product Disclosure | Comments & Reference |
|---|---|---|---|
| | | Streaming FPS can depend upon available bandwidth but can also fall within that range.<br><br>[See page 2]<br><br>**Event and Alarm Notification**<br><br>**An always-viewable events panel allows users to receive and react to events and alarms anywhere within the system**<br><br>[See page 87]<br><br>**The Motion Detection Box will detect motion in the area that it surrounds. To search for that motion, select sensitivity (High, Medium or Low) and click whether you want to Search Motion-Forward or Search Motion-Backward. The Motion Detection Window will appear, and as the system searches through archives in the direction you chose (forward or backward) it will display up to nine Found Item Thumbnails representing found motion events.** To continue the search, click the Previous control or the Next control. **To view video of the motion detected, double click the Found Item Thumbnail desired, and that video will be displayed in the Camera Viewer (or in the Archive Viewer if you started Fast Find in the Archives module.)**<br><br> | http://www.lensec. com/library/Specs /PVMS_Spec.pdf<br><br><br>http://www.lensec. com/library/Specs /PVMS_UsersGui de_v_1_0_0.pdf |

# Hawk Technology Systems, LLC v. Northside Independent School District

| Independent Claim No. 1 | HAWK USP RE43,462 E | Product Disclosure | Comments & Reference |
|---|---|---|---|
| | | **[See page 40]**<br><br><br><br>The Motion Box will be designated by a dotted red line. **Motion detected within this Motion Box, which is above the sensitivity level set in the Motion Sensitivity control, and which takes place during a time that Motion Detection is active, will result in a Motion Event which will be recorded, and can be viewed, in the Side Panel Events Container.** | http://www.lensec.com/library/Specs/PVMS_Administration_v_1_2_0.pdf |

# Hawk Technology Systems, LLC v. Northside Independent School District

| Independent Claim No. 1 | HAWK USP RE43,462 E | Product Disclosure | Comments & Reference |
|---|---|---|---|
| the high-capacity storage media, and [1.7] | **(3:64– 67)** "It is a further object of the invention to provide extended recording time for event-logging or security applications by means of either tape-based, or <u>disk-based</u>, or both tape-based and <u>disk-based data recording means</u>."<br><br>**(3:30– 40)** "Storage of images may be implemented by way of a tape back-up device, such as a DAT or 8-mm tape recorder, which are capable of storing as much as 960 hours of monitoring images, or by way of disk storage devices, preferably including removable disk drives such as magneto-optical disks or PCMCIA-compatible disk-drive modules. Images are preferably stored as a succession of data-compressed representations, corresponding to various window sizes sampled at diverse update rates; however, though the image representations need not be identical to the sizes and rates used for video monitors displaying the various images." | [See page 5]<br><br>**The amount of storage space necessary is based on the desired number of days required for video storage, the format of video to be stored, resolution, image complexity, Frames Per Second (FPS), if the video to be stored will be continuous, motion or event-based, the number of events daily etc. The storage may be SAN (Storage Array Network), NAS (Network Attached Storage), DAS (Direct Attached Storage), or Fiber attached storage.** | LENSEC Perspective VMS consists of high-capacity storage (SAN/NAS/DAS) for storing of the video images.<br><br>http://www.lensec.com/library/Specs/Perspective%20VMS%20-%20AE%20Specification.pdf |
| wherein the computer is programmed to perform the following functions: [1.8] | Usage of computer previously established | Preamble to the next set of claim elements | No evidence required |

# Hawk Technology Systems, LLC v. Northside Independent School District

| Independent Claim No. 1 | HAWK USP RE43,462 E | Product Disclosure | Comments & Reference |
|---|---|---|---|
| display the digitally compressed images from the cameras in different windows on the display screen, each window being associated with an update rate and dimensions in pixels, *[1.9]* | *(Abstract, ll. 1-8)* "A PC-based system for monitoring and storing representative images from video cameras may be utilized for security or other monitoring applications. Camera inputs from digital or analog sources are individually and independently digitized and displayed at a first set of image sizes, sampling rates, and frame rates, and may be stored in digital form on various recording media at a second set of image sizes, sampling rates, and frame rates, and these two sets of sizes and rates may or may not be identical."<br><br>*(2:66– 3:3)* "The present invention implements an automated video monitoring system by way of a PC-based platform employing display windowing software, with camera sources being interfaced to an input circuit board which includes provisions for image data compression."<br><br>*(6:34– 40)* "It should be noted that there is no requirement that the image sizes or frame rates utilized for the video display match those utilized for the storage media. In practice, these two specifications may not agree, and will be determined by other factors, such as operator manipulation of the displayed image sizes or changes resulting from the detection of alarm conditions." | [See page 19]<br><br><br><br>[See page 45]<br><br>**Enter the desired frame rate. This number would typically be between 2 and 30. A higher FPS will utilize more storage space which can result in fewer days of retained video.**<br><br>[See page 5]<br><br>**An ability for PVMS to enhance normal camera configurations (FPS and Resolution) to a changed state on trigger-able (alarm/alert) conditions defined in a workflow.** | LENSEC Perspective VMS support displaying of the compressed images in different window on single screen with suitable frame rate and resolution for each image.<br><br>http://www.lensec.com/library/Specs/PVMS_UsersGuide_v_1_0_0.pdf<br><br>http://www.lensec.com/library/Specs/PVMS_Administration_v_1_2_0.pdf<br><br>http://www.lensec.com/library/Specs/PerspectiveVMSReleaseNotes-v2_4_0.pdf |

# Hawk Technology Systems, LLC v. Northside Independent School District

| Independent Claim No. 1 | HAWK USP RE43,462 E | Product Disclosure | Comments & Reference |
|---|---|---|---|
| vary~~the dimensions and the rate~~*spatial parameters and temporal parameters* at which a particular image is updated in its window in accordance with one of the externally derived commands, *[1.10]* | *(6:34– 40)* "It should be noted that there is no requirement that the image sizes or frame rates utilized for the video display match those utilized for the storage media. In practice, these two specifications may not agree, and will be determined by other factors, such as operator manipulation of the displayed image sizes or changes resulting from the detection of alarm conditions."<br><br>*(8:28– 42)* "It will be appreciated that in any of these implementations, alarm or sensor signals may be utilized to automatically re-configure the system operating mode, as, for example, increasing the frame rate or image size for an image source associated with the sensor which has initiated the alarm signal condition. As explained above, the displayed windows and image sizes may be reconfigured into an operating mode different from the reconfiguration of the digital storage mode. If desired, the operator may choose to allow the system to automatically adjust the compression ratio utilized for a particular window in response to alarm signal conditions. Alternatively, the compression ratio may be adjusted in response to the selection by the operator of a particular window for closer monitoring, by switching to an image window having larger dimensions in pixels." | **[See Page 30]**<br><br><br><br>**6. Resolution: You must enter a resolution that is supported by the camera being configured. A particular camera might support resolutions of 1600 x 1200 and 800 x 600, so either resolution would work. Another camera might support different resolutions. If you choose a resolution that is not supported by the camera, it could affect your view.**<br><br>**8 and 9. Playback FPS and Streaming FPS: Enter the Frames per Second (FPS) for Playback and for Streaming video. Playback FPS is the rate at which you are playing archived video. Streaming FPS is the rate being supplied for real-time viewing, such as video you can view in the Camera Viewer module. The Playback and Streaming rates can be different, depending upon your system configuration, resources and needs. A higher Streaming FPS can result in the need for higher network bandwidth resources. In most instances Playback FPS is set between 2 and 10 FPS. The setting for** | LENSEC Perspective VMS support externally derived operator commands such as event, alarm notification, motion detection etc.<br><br>http://www.lensec.com/library/Specs/PVMS_UsersGuide_v_1_0_0.pdf |

# Hawk Technology Systems, LLC v. Northside Independent School District

| Independent Claim No. 1 | HAWK USP RE43,462 E | Product Disclosure | Comments & Reference |
|---|---|---|---|
| | | Streaming FPS can depend upon available bandwidth but can also fall within that range.<br><br>[See page 2]<br><br>**Event and Alarm Notification**<br><br>**An always-viewable events panel allows users to receive and react to events and alarms anywhere within the system**<br><br>[See page 87]<br><br>**The Motion Detection Box will detect motion in the area that it surrounds. To search for that motion, select sensitivity (High, Medium or Low) and click whether you want to Search Motion-Forward or Search Motion-Backward. The Motion Detection Window will appear, and as the system searches through archives in the direction you chose (forward or backward) it will display up to nine Found Item Thumbnails representing found motion events.** To continue the search, click the Previous control or the Next control. **To view video of the motion detected, double click the Found Item Thumbnail desired, and that video will be displayed in the Camera Viewer (or in the Archive Viewer if you started Fast Find in the Archives module.)**<br><br> | http://www.lensec.com/library/Specs/PVMS_Spec.pdf<br><br><br>http://www.lensec.com/library/Specs/PVMS_UsersGuide_v_1_0_0.pdf |

# Hawk Technology Systems, LLC v. Northside Independent School District

| Independent Claim No. 1 | HAWK USP RE43,462 E | Product Disclosure | Comments & Reference |
|---|---|---|---|
| | | **[See page 40]**<br><br><br><br>The Motion Box will be designated by a dotted red line. **Motion detected within this Motion Box, which is above the sensitivity level set in the Motion Sensitivity control, and which takes place during a time that Motion Detection is active, will result in a Motion Event which will be recorded, and can be viewed, in the Side Panel Events Container.** | http://www.lensec.com/library/Specs/PVMS_Administration_v_1_2_0.pdf |

# Hawk Technology Systems, LLC v. Northside Independent School District

| Independent Claim No. 1 | HAWK USP RE43,462 E | Product Disclosure | Comments & Reference |
|---|---|---|---|
| store the digitally compressed images in the high-capacity storage ~~medium~~ *media*, and [1.11] | *(3:64– 67)* "It is a further object of the invention to provide extended recording time for event-logging or security applications by means of either tape-based, or <u>disk-based</u>, or both tape-based and <u>disk-based data recording means</u>."<br><br>*(3:30– 40)* "Storage of images may be implemented by way of a tape back-up device, such as a DAT or 8-mm tape recorder, which are capable of storing as much as 960 hours of monitoring images, or by way of <u>disk storage devices</u>, preferably including removable disk drives such as magneto-optical disks or PCMCIA-compatible disk-drive modules. Images are preferably stored as a succession of data-compressed representations, corresponding to various window sizes sampled at diverse update rates; however, though the image representations need not be identical to the sizes and rates used for video monitors displaying the various images"<br><br>*(6:22– 33)* "An additional feature is the capability to implement a dual-recording-media option. This facility provides the ability to record simultaneously both on a tape (for high capacity, long term storage) and also on a removable media, such as a removable hard disk (i.e. PCMCIA) or magneto-optical disk (for short-term storage of up to 24 hours of images). These disks facilitate high-speed searching of recorded information without interrupting the tape, as well as providing a back up for the recording on the tape. In addition, the system is capable of simultaneously searching the recorded images on the disk storage unit while continuing to store images on the tape storage unit." | [See page 5]<br><br>**The amount of storage space necessary is based on the desired number of days required for video storage, the format of video to be stored, resolution, image complexity, Frames Per Second (FPS), if the video to be stored will be continuous, motion or event-based, the number of events daily etc. The storage may be SAN (Storage Array Network), NAS (Network Attached Storage), DAS (Direct Attached Storage), or Fiber attached storage.** | LENSEC Perspective VMS consists of high-capacity video storage (SAN/NAS/DAS) to store digitally compressed video images.<br><br>http://www.lensec.com/library/Specs/Perspective%20VM S%20-%20AE%20Specification.pdf |

# Hawk Technology Systems, LLC v. Northside Independent School District

| Independent Claim No. 1 | HAWK USP RE43,462 E | Product Disclosure | Comments & Reference |
|---|---|---|---|
| vary the ~~dimensions and the rate~~ *spatial parameters and temporal parameters* at which a particular image is stored in accordance with one of the externally derived commands.  *[1.12]* | *(6:34– 40)* "It should be noted that there is no requirement that the image sizes or frame rates utilized for the video display match those utilized for the storage media. In practice, these two specifications may not agree, and will be determined by other factors, such as operator manipulation of the displayed image sizes or changes resulting from the detection of alarm conditions."<br><br>*(8:28– 42)* "It will be appreciated that in any of these implementations, alarm or sensor signals may be utilized to automatically re-configure the system operating mode, as, for example, increasing the frame rate or image size for an image source associated with the sensor which has initiated the alarm signal condition. As explained above, the displayed windows and image sizes may be reconfigured into an operating mode different from the reconfiguration of the digital storage mode. If desired, the operator may choose to allow the system to automatically adjust the compression ratio utilized for a particular window in response to alarm signal conditions. Alternatively, the compression ratio may be adjusted in response to the selection by the operator of a particular window for closer monitoring, by switching to an image window having larger dimensions in pixels." | **[See page 44]**<br><br><br><br>**Frames per Second:** Enter the desired frame rate. This number would typically be between 2 and 30. A higher FPS will utilize more storage space which can result in fewer days of retained video.<br><br>**Motion Sensitivity:** Select an appropriate motion sensitivity level (typical: 0.0008.)<br><br>**Motion Difference:** Select an appropriate level for Motion Difference (typical: 15.)<br><br>**[See page 5]**<br>**An ability for PVMS to enhance normal camera configurations (FPS and Resolution) to a changed state on trigger-able (alarm/alert) conditions defined in a workflow.** | LENSEC Perspective VMS support the change in video attributes such as spatial (resolution, sensitivity) and temporal (frame rate) parameters of images which can be varied through externally derived commands such as motion detection, alarm etc. and stored in the storage.<br><br>http://www.lensec.com/library/Specs/PVMS_Administration_v_1_2_0.pdf<br><br>http://www.lensec.com/library/Specs/PerspectiveVMSReleaseNotes-v2_4_0.pdf |

# Hawk Technology Systems, LLC v. Northside Independent School District

| Independent Claim No. 1 | HAWK USP RE43,462 E | Product Disclosure | Comments & Reference |
|---|---|---|---|
| | | **[See page 5]**<br><br>**The amount of storage space necessary is based on the desired number of days required for video storage, the format of video to be stored, resolution, image complexity, Frames Per Second (FPS), if the video to be stored will be continuous, motion or event-based, the number of events daily etc. The storage may be SAN (Storage Array Network), NAS (Network Attached Storage), DAS (Direct Attached Storage), or Fiber attached storage.** | http://www.lensec.com/library/Specs/Perspective%20VMS%20-%20AE%20Specification.pdf |

# Hawk Technology Systems, LLC v. Northside Independent School District

| Independent Claim No. 12 | HAWK USP RE43,462 E | Product Disclosure | Comments & Reference |
|---|---|---|---|
| The method of simultaneously displaying and storing multiple video images, comprising the steps of: *[12.0]* | *(4:37-44)* "The present invention implements a …video monitoring system … employing display windowing software… The preferred recording medium…"<br><br>*(Abstract, ll. 1-8)* "A PC-based system for monitoring and storing representative images from video cameras may be utilized for security or other monitoring applications. Camera inputs from digital or analog sources are individually and independently digitized and displayed at a first set of image sizes, sampling rates, and frame rates, and may be stored in digital form on various recording media at a second set of image sizes, sampling rates, and frame rates, and these two sets of sizes and rates may or may not be identical."<br><br>*(4:37–41)* "…an automated video monitoring system by way of a PC-based platform employing display windowing software, with camera sources being interfaced to an input circuit board which includes provisions for image data compression." | **[See page 2]**<br><br>**Perspective Video Management Software (VMS) is a feature rich enterprise-class video management software platform that provides the user with access to real-time and archived video surveillance from any network enabled workstation.** The client version of Perspective VMS is browser-based and may be accessed via user-authentication from most current web-browsers including, Microsoft's Internet Explorer, Mozilla's Firefox, or Google's Chrome.<br><br>**Perspective VMS consists of a web application, a SQL database, and several custom designed services.** Deployment of the Perspective VMS Server is designed for Microsoft Windows operating systems including Windows 2008 Server R2, Windows 2003 Server, and Windows 7.<br><br>**[See page 4]**<br><br> | LENSEC Perspective Video Management Software (VMS) support displaying of the video images on the screen and storing of video images in the database.<br><br>http://www.lensec.com/library/Specs/PVMS_Administration_v_1_2_0.pdf<br><br>http://www.lensec.com/library/Specs/LENSEC_VMS_SpecificationSheet.pdf |

# Hawk Technology Systems, LLC v. Northside Independent School District

| Independent Claim No. 12 | HAWK USP RE43,462 E | Product Disclosure | Comments & Reference |
|---|---|---|---|
| receiving video images *at a personal computer based system* from ~~a plurality of~~*one or more* sources;  [12.1] | *(Abstract, ll. 1-8)* "A PC-based system for monitoring and storing representative images from video cameras may be utilized for security or other monitoring applications. Camera inputs from digital or analog sources are individually and independently digitized and displayed at a first set of image sizes, sampling rates, and frame rates, and may be stored in digital form on various recording media at a second set of image sizes, sampling rates, and frame rates, and these two sets of sizes and rates may or may not be identical.<br><br>*(2:66– 3:3)* "The present invention implements an automated video monitoring system by way of a PC-based platform employing display windowing software, with camera inputs being interfaced to an input circuit board which includes provisions for image data compression." | [See page 4]<br><br><br><br>[See page 10]<br>**The VMS shall provide the user the ability to capture a digital still image (snapshot) from a single camera, from multiple cameras, or from all cameras contained within a multi-view layout**. | LENSEC Perspective VMS support displaying of the video images received from the multiple cameras on a single screen.<br><br>http://www.lensec.com/library/Specs/LENSEC_VMS_SpecificationSheet.pdf<br><br>http://www.lensec.com/library/Specs/Perspective%20VMS%20-%20AE%20Specification.pdf |

# Hawk Technology Systems, LLC v. Northside Independent School District

| Independent Claim No. 12 | HAWK USP RE43,462 E | Product Disclosure | Comments & Reference |
|---|---|---|---|
| digitizing~~one or more~~*any* of the images ~~if~~ not already in digital form *using an analog-to-digital converter*; [12.2] | *(Abstract, ll. 1-8)* "A PC-based system for monitoring and storing representative images from video cameras may be utilized for security or other monitoring applications. Camera inputs from digital or analog sources are individually and independently digitized and displayed at a first set of image sizes, sampling rates, and frame rates, and may be stored in digital form on various recording media at a second set of image sizes, sampling rates, and frame rates, and these two sets of sizes and rates may or may not be identical.<br><br>*(2:66– 3:3)* "The present invention implements an automated video monitoring system by way of a PC-based platform employing display windowing software, with camera sources being interfaced to an input circuit board which includes provisions for image data compression." | **[See page 6]**<br>Archiving image and video streams from system cameras. Handle image extractions requests from PVMS users and create archives/extractions accordingly. **Handle live recording requests from PVMS users to capture camera video streams and encode them using H.264/MPEG-4 codec for optimal quality/size.** | LENSEC Perspective VMS support H.264/MPEG-4 codec to convert the analog video images to the digital format.<br><br>http://www.lensec.com/library/Specs/PVMS_Administration_v_1_2_0.pdf |

# Hawk Technology Systems, LLC v. Northside Independent School District

| Independent Claim No. 12 | HAWK USP RE43,462 E | Product Disclosure | Comments & Reference |
|---|---|---|---|
| displaying at least certain of the digitized images in separate windows on a *personal computer based* display device, using a first set of temporal and spatial parameters associated with each image in each window; *[12.3]* | *(Abstract, ll. 1-8)* "A PC-based system for monitoring and storing representative images from video cameras may be utilized for security or other monitoring applications. Camera inputs from digital or analog sources are individually and independently digitized and displayed at a first set of image sizes, sampling rates, and frame rates, and may be stored in digital form on various recording media at a second set of image sizes, sampling rates, and frame rates, and these two sets of sizes and rates may or may not be identical.<br><br>*(2:66– 3:3)* "The present invention implements an automated video monitoring system by way of a PC-based platform employing display windowing software, with camera sources being interfaced to an input circuit board which includes provisions for image data compression."<br><br>*(4:64-65)* "Fig. 1 shows a computer monitor display for a system configured in accordance with Mode I as listed in Fig. 15." | <br><br>[See page 27]<br><br>**Resolution/Zoom Resolution and related Clear/Add/Update controls\*:** These fields and controls are similar in nature and operation to the Camera Model Attributes portion of the previous screen. Refer to that screen for general information and operation of the controls. | LENSEC Perspective VMS support receiving of the digitally compressed images on the computer screen.<br><br>http://www.lensec.com/library/Specs/Perspective%20VMS%20-%20AE%20Specification.pdf<br><br>http://www.lensec.com/library/Specs/PVMS_UsersGuide_v_1_0_0.pdf |

# Hawk Technology Systems, LLC v. Northside Independent School District

| Independent Claim No. 12 | HAWK USP RE43,462 E | Product Disclosure | Comments & Reference |
|---|---|---|---|
| | | <br><br>[See page 45]<br><br>**6. Resolution: You must enter a resolution that is supported by the camera being configured. A particular camera might support resolutions of 1600 x 1200 and 800 x 600, so either resolution would work. Another camera might support different resolutions. If you choose a resolution that is not supported by the camera, it could affect your view.**<br><br>**8 and 9. Playback FPS and Streaming FPS: Enter the Frames per Second (FPS) for Playback and for Streaming video. Playback FPS is the rate at which you are playing archived video. Streaming FPS is the rate being supplied for real-time viewing, such as video you can view in the Camera Viewer module. The Playback and Streaming rates can be different, depending upon your system configuration, resources and needs. A higher Streaming FPS can result in the need for higher network bandwidth resources. In most instances Playback FPS is set between 2 and 10 FPS. The setting for Streaming FPS can depend upon available bandwidth but can also fall within that range.** | LENSEC Perspective VMS support the displaying of the digitized images in different window on a single screen in which frame rate and resolution of the image can be adjusted through camera setup.<br><br>http://www.lensec.com/library/Specs/PVMS_Administration_v_1_2_0.pdf |

# Hawk Technology Systems, LLC v. Northside Independent School District

| Independent Claim No. 12 | HAWK USP RE43,462 E | Product Disclosure | Comments & Reference |
|---|---|---|---|
| ~~simultaneously storing the displayed images~~*converting one or more of the video source images into a data storage format* using a second set of temporal and spatial parameters associated with each image*; and [12.4]* | *(6:34– 40)* "It should be noted that there is no requirement that the image sizes or frame rates utilized for the video display match those utilized for the storage media. In practice, these two specifications may not agree, and will be determined by other factors, such as operator manipulation of the displayed image sizes or changes resulting from the detection of alarm conditions." <br><br>**Note:** <br>*The computer storage format is a "container" for the audio and video information, which is encoded in some compression codec.  Popular computer storage formats include MOV, AVI, etc.* <br>*This claim element deals with converting a video file which has been compressed according to some established codec (like H.264), into a computer-readable container file (like MOV, or Quicktime).* | **[See page 6]** <br><br>Archiving image and video streams from system cameras. Handle image extractions requests from PVMS users and create archives/extractions accordingly. **Handle live recording requests from PVMS users to capture camera video streams and encode them using H.264/MPEG-4 codec for optimal quality/size.** <br><br>**[See page 19]** <br><br>The VMS shall be capable of recording camera streams in a H.264 format. <br><br>The VMS shall be capable of recording camera streams in a Motion-JPG format. <br><br>The VMS shall be capable of recording camera streams in a MPEG (video) format. <br><br>**[See page 31]** <br><br>Enter the Frames per Second (FPS) for Playback and for Streaming video. Playback FPS is the rate at which you are playing archived video. Streaming FPS is the rate being supplied for real-time viewing, such as video you can view in the Camera Viewer module. **The Playback and Streaming rates can be different, depending upon your system configuration, resources and needs. A higher Streaming FPS can result in the need for higher network bandwidth resources. In most instances Playback FPS is set between 2 and 10 FPS. The setting for Streaming FPS can depend upon available bandwidth but can also fall within that range. Another consideration, especially when dealing with megapixel cameras, is the maximum frame rate the cameras can support at their different resolutions.** | LENSEC Perspective VMS support H.264/MPEG-4 codec which convert the video images with adjusted frame rate and resolution into different storage format. <br><br>http://www.lensec.om/library/Specs/PVMS_Administration_v_1_2_0.pdf <br><br>http://www.lensec.om/library/Specs/Perspective%20VMS%20-%20AE%20Specification.pdf <br><br>http://www.lensec.om/library/Specs/PVMS_Administration_v_1_2_0.pdf |

# Hawk Technology Systems, LLC v. Northside Independent School District

| Independent Claim No. 12 | HAWK USP RE43,462 E | Product Disclosure | Comments & Reference |
|---|---|---|---|
| *Simultaneously storing the converted images in a storage device.  [12.5]* | **(3:64– 67)** "It is a further object of the invention to provide extended recording time for event-logging or security applications by means of either tape-based, or <u>disk-based</u>, or both tape-based and <u>disk-based data recording means</u>."<br><br>**(3:30– 40)** "Storage of images may be implemented by way of a tape back-up device, such as a DAT or 8-mm tape recorder, which are capable of storing as much as 960 hours of monitoring images, or by way of disk storage devices, preferably including removable disk drives such as magneto-optical disks or PCMCIA-compatible disk-drive modules. Images are preferably stored as a succession of data-compressed representations, corresponding to various window sizes sampled at diverse update rates; however, though the image representations need not be identical to the sizes and rates used for video monitors displaying the various images." | **[See page 44]**<br><br>**Frames per Second:** Enter the desired frame rate. This number would typically be between 2 and 30. A higher FPS will utilize more storage space which can result in fewer days of retained video.<br><br>**Motion Sensitivity:** Select an appropriate motion sensitivity level (typical: 0.0008.)<br><br>**Motion Difference:** Select an appropriate level for Motion Difference (typical: 15.)<br><br>**[See page 5]**<br><br>**An ability for PVMS to enhance normal camera configurations (FPS and Resolution) to a changed state on trigger-able (alarm/alert) conditions defined in a workflow.** | LENSEC Perspective VMS support the change in video attributes such as spatial (resolution, sensitivity) and temporal (frame rate) parameters of images which can be varied through externally derived commands such as motion detection, alarm etc. and stored in the storage.<br><br>http://www.lensec.com/library/Specs/PVMS_Administration_v_1_2_0.pdf<br><br>http://www.lensec.com/library/Specs/PerspectiveVMSReleaseNotes-v2_4_0.pdf |

# Hawk Technology Systems, LLC v. Northside Independent School District

| Independent Claim No. 12 | HAWK USP RE43,462 E | Product Disclosure | Comments & Reference |
|---|---|---|---|
| | | **[See page 5]**<br><br>**The amount of storage space necessary is based on the desired number of days required for video storage, the format of video to be stored, resolution, image complexity, Frames Per Second (FPS), if the video to be stored will be continuous, motion or event-based, the number of events daily etc. The storage may be SAN (Storage Array Network), NAS (Network Attached Storage), DAS (Direct Attached Storage), or Fiber attached storage.** | http://www.lensec.com/library/Specs/Perspective%20VMS%20-%20AE%20Specification.pdf |

# Hawk Technology Systems, LLC v. Northside Independent School District

| Independent Claim No. 15 | HAWK USP RE43,462 | Product Disclosure | Comments & Reference |
|---|---|---|---|
| A video storage and display system, comprising: *[15.0]* | *(4:37-44)* "The present invention implements a …video monitoring system … employing display windowing software… The preferred recording medium…"<br><br>*(Abstract, II. 1-8)* "A PC-based system for monitoring and storing representative images from video cameras may be utilized for security or other monitoring applications. Camera inputs from digital or analog sources are individually and independently digitized and displayed at a first set of image sizes, sampling rates, and frame rates, and may be stored in digital form on various recording media at a second set of image sizes, sampling rates, and frame rates, and these two sets of sizes and rates may or may not be identical."<br><br>*(4:64-65)* "Fig. 1 shows a computer monitor display for a system configured in accordance with Mode I as listed in Fig. 15." | **[See page 2]**<br>**Perspective Video Management Software (VMS) is a feature rich enterprise-class video management software platform that provides the user with access to real-time and archived video surveillance from any network enabled workstation.** The client version of Perspective VMS is browser-based and may be accessed via user-authentication from most current web-browsers including, Microsoft's Internet Explorer, Mozilla's Firefox, or Google's Chrome.<br><br>**Perspective VMS consists of a web application, a SQL database, and several custom designed services.** Deployment of the Perspective VMS Server is designed for Microsoft Windows operating systems including Windows 2008 Server R2, Windows 2003 Server, and Windows 7. | LENSEC Perspective Video Management Software (VMS) support displaying of the video images on the screen and storing of video images in the database.<br><br>http://www.lensec.com/library/Specs/PVMS_Administration_v_1_2_0.pdf |

# Hawk Technology Systems, LLC v. Northside Independent School District

| Independent Claim No. 15 | HAWK USP RE43,462 | Product Disclosure | Comments & Reference |
|---|---|---|---|
| a plurality of one or more video cameras, each outputting a signal representative of a video image; [15.1] | **(2:66–3:3)** "…an automated video monitoring system by way of a PC-based platform employing display windowing software, <u>with camera sources being interfaced</u> to an input circuit board which includes provisions for image data compression."<br><br>**(4:37-41)** "…an automated video monitoring system by way of a PC-based platform employing display windowing software, <u>with camera sources being interfaced</u> to an input circuit board which includes provisions for image data compression."<br><br>**(Abstract, ll. 1-8)** "A PC-based system for monitoring and storing representative images from video cameras may be utilized for security or other monitoring applications. Camera inputs from digital or analog sources are individually and independently digitized and displayed at a first set of image sizes, sampling rates, and frame rates, and may be stored in digital form on various recording media at a second set of image sizes, sampling rates, and frame rates, and these two sets of sizes and rates may or may not be identical." | [See page 4]<br><br> | LENSEC Perspective VMS support displaying of the video images received from the multiple cameras on a single screen.<br><br>http://www.lensec.com/library/Specs/LENSEC_VMS_SpecificationSheet.pdf |

# Hawk Technology Systems, LLC v. Northside Independent School District

| Independent Claim No. 15 | HAWK USP RE43,462 | Product Disclosure | Comments & Reference |
|---|---|---|---|
| means to receive the signals from each camera and digitally compress the images; and *[15.2]* | *(Abstract, ll. 1-8)* "A PC-based system for monitoring and storing representative images from video cameras may be utilized for security or other monitoring applications. Camera inputs from digital or analog sources are individually and independently digitized and displayed at a first set of image sizes, sampling rates, and frame rates, and may be stored in digital form on various recording media at a second set of image sizes, sampling rates, and frame rates, and these two sets of sizes and rates may or may not be identical."<br><br>*(2:66–3:3)* "…an automated video monitoring system by way of a PC-based platform employing display windowing software, <u>with camera sources being interfaced</u> to an input circuit board which includes provisions for image data compression."<br><br>*(4:37-41)* "…an automated video monitoring system by way of a PC-based platform employing display windowing software, <u>with camera sources being interfaced</u> to an input circuit board which includes provisions for image data compression." | **[See page 6]**<br><br>The service is mainly responsible for the following: Archiving image and video streams from system cameras. Handle image extractions requests from PVMS users and create archives/extractions accordingly. **Handle live recording requests from PVMS users to capture camera video streams and encode them using H.264/MPEG-4 codec for optimal quality/size.**<br><br>**[See page 19]**<br><br>The VMS shall be capable of recording camera streams in a H.264 format.<br><br>The VMS shall be capable of recording camera streams in a Motion-JPG format.<br><br>The VMS shall be capable of recording camera streams in a MPEG (video) format. | LENSEC Perspective VMS receive the video images from multiple cameras and digitally compress the video images using H.264/MPEG-4 codec.<br><br>http://www.lensec.com/library/Specs/PVMS_Administration_v_1_2_0.pdf<br><br>http://www.lensec.com/library/Specs/Perspective%20VMS%20-%20AE%20Specification.pdf |

# Hawk Technology Systems, LLC v. Northside Independent School District

| Independent Claim No. 15 | HAWK USP RE43,462 | Product Disclosure | Comments & Reference |
|---|---|---|---|
| a computer configured to receive the digitally compressed images, the computer being interfaced to the following devices: [15.3] | **(3:54-57)** "It is an object of the invention to provide a more efficient method for monitoring camera outputs by means of a multiple-window display system implemented on a computer platform." <br><br> **(3:58-63)** "It is another object of the invention to provide an improved recording system for event-logging or security applications, … and further to implement this system on a computer platform." <br><br> **(4:37-41)** "…an automated video monitoring system by way of a PC-based platform employing display windowing software, with camera sources being interfaced to an input circuit board which includes provisions for image data compression." | **[See page 10]** <br><br>**The VMS shall provide the user the ability to capture a digital still image (snapshot) from a single camera, from multiple cameras, or from all cameras contained within a multi-view layout.** <br><br>**[See page 19]** <br><br>  | LENSEC Perspective VMS support receiving of the digitally compressed images on the computer screen. <br><br> http://www.lensec.com/library/Specs/Perspective%20VMS%20-%20AE%20Specification.pdf <br><br> http://www.lensec.com/library/Specs/PVMS_UsersGuide_v_1_0_0.pdf |

# Hawk Technology Systems, LLC v. Northside Independent School District

| Independent Claim No. 15 | HAWK USP RE43,462 | Product Disclosure | Comments & Reference |
|---|---|---|---|
| a display screen, [15.4] | *(2:66– 3:3)* "The present invention implements an automated video monitoring system by way of a PC-based platform employing display windowing software, with camera sources being interfaced to an input circuit board which includes provisions for image data compression."<br><br>*(4:64-65)* "Fig. 1 shows a computer monitor display for a system configured in accordance with Mode I as listed in Fig. 15." | [See page 19]<br> | LENSEC Perspective VMS support displaying of the compressed video images on a display screen.<br><br>http://www.lensec.com/library/Specs/PVMS_UsersGuide_v_1_0_0.pdf |

# Hawk Technology Systems, LLC v. Northside Independent School District

| Independent Claim No. 15 | HAWK USP RE43,462 | Product Disclosure | Comments & Reference |
|---|---|---|---|
| means to receive externally derived operator commands including means for sensing a deviation from the normal-state image scene associated with at least one of the video cameras, the existence of the deviation being used as the basis for generating an externally derived command, and *[15.5]* | *(2:66– 3:3)* "The present invention implements an automated video monitoring system by way of a PC-based platform employing display windowing software, with camera sources being interfaced to an input circuit board which includes provisions for image data compression." <br><br> *(6:34– 40)* "It should be noted that there is no requirement that the image sizes or frame rates utilized for the video display match those utilized for the storage media. In practice, these two specifications may not agree, and will be determined by other factors, such as operator manipulation of the displayed image sizes or changes resulting from t he detection of alarm conditions." <br><br> *(8:28– 42)* "It will be appreciated that in any of these implementations, alarm or sensor signals may be utilized to automatically re-configure the system operating mode, as, for example, increasing the frame rate or image size for an image source associated with the sensor which has initiated the alarm signal condition. As explained above, the displayed windows and image sizes may be reconfigured into an operating mode different from the reconfiguration of the digital storage mode. If desired, the operator may choose to allow the system to automatically adjust the compression ratio utilized for a particular window in response to alarm signal conditions. Alternatively, the compression ratio may be adjusted in response to the selection by the operator of a particular window for closer monitoring, by switching to an image window having larger dimensions in | [See Page 30] <br><br>  <br><br> **6. Resolution: You must enter a resolution that is supported by the camera being configured. A particular camera might support resolutions of 1600 x 1200 and 800 x 600, so either resolution would work. Another camera might support different resolutions. If you choose a resolution that is not supported by the camera, it could affect your view.** <br><br> **8 and 9. Playback FPS and Streaming FPS: Enter the Frames per Second (FPS) for Playback and for Streaming video. Playback FPS is the rate at which you are playing archived video. Streaming FPS is the rate being supplied for real-time viewing, such as video you can view in the Camera Viewer module. The Playback and Streaming rates can be different, depending upon your system configuration, resources and needs. A higher Streaming FPS can result in the need for higher network bandwidth resources. In most instances Playback FPS is set between 2 and 10 FPS. The setting for** | LENSEC Perspective VMS support externally derived operator commands such as event, alarm notification, motion detection etc. <br><br> http://www.lensec.com/library/Specs/PVMS_UsersGuide_v_1_0_0.pdf |

# Hawk Technology Systems, LLC v. Northside Independent School District

| Independent Claim No. 15 | HAWK USP RE43,462 | Product Disclosure | Comments & Reference |
|---|---|---|---|
| | pixels." | Streaming FPS can depend upon available bandwidth but can also fall within that range.<br><br>[See page 2]<br><br>**Event and Alarm Notification**<br><br>**An always-viewable events panel allows users to receive and react to events and alarms anywhere within the system**<br><br>[See page 87]<br><br>**The Motion Detection Box will detect motion in the area that it surrounds. To search for that motion, select sensitivity (High, Medium or Low) and click whether you want to Search Motion-Forward or Search Motion-Backward. The Motion Detection Window will appear, and as the system searches through archives in the direction you chose (forward or backward) it will display up to nine Found Item Thumbnails representing found motion events.** To continue the search, click the Previous control or the Next control. **To view video of the motion detected, double click the Found Item Thumbnail desired, and that video will be displayed in the Camera Viewer (or in the Archive Viewer if you started Fast Find in the Archives module.)**<br><br> | http://www.lensec.com/library/Specs/PVMS_Spec.pdf<br><br><br>http://www.lensec.com/library/Specs/PVMS_UsersGuide_v_1_0_0.pdf |

# Hawk Technology Systems, LLC v. Northside Independent School District

| Independent Claim No. 15 | HAWK USP RE43,462 | Product Disclosure | Comments & Reference |
|---|---|---|---|
| | | **[See page 40]**<br><br><br><br>The Motion Box will be designated by a dotted red line. **Motion detected within this Motion Box, which is above the sensitivity level set in the Motion Sensitivity control, and which takes place during a time that Motion Detection is active, will result in a Motion Event which will be recorded, and can be viewed, in the Side Panel Events Container.** | http://www.lensec.com/library/Specs/PVMS_Administration_v_1_2_0.pdf |

# Hawk Technology Systems, LLC v. Northside Independent School District

| Independent Claim No. 15 | HAWK USP RE43,462 | Product Disclosure | Comments & Reference |
|---|---|---|---|
| a high-capacity storage medium, and [15.6] | *(3:64– 67)* "It is a further object of the invention to provide extended recording time for event-logging or security applications by means of either tape-based, or <u>disk-based</u>, or both tape-based and <u>disk-based data recording means</u>."<br><br>*(3:30– 40)* "Storage of images may be implemented by way of a tape back-up device, such as a DAT or 8-mm tape recorder, which are capable of storing as much as 960 hours of monitoring images, or by way of disk storage devices, preferably including removable disk drives such as magneto-optical disks or PCMCIA-compatible disk-drive modules. Images are preferably stored as a succession of data-compressed representations, corresponding to various window sizes sampled at diverse update rates; however, though the image representations need not be identical to the sizes and rates used for video monitors displaying the various images." | **[See page 5]**<br><br>**The amount of storage space necessary is based on the desired number of days required for video storage, the format of video to be stored, resolution, image complexity, Frames Per Second (FPS), if the video to be stored will be continuous, motion or event-based, the number of events daily etc. The storage may be SAN (Storage Array Network), NAS (Network Attached Storage), DAS (Direct Attached Storage), or Fiber attached storage.** | LENSEC Perspective VMS consists of high-capacity storage (SAN/NAS/DAS) for storing of the video images.<br><br>http://www.lensec.com/library/Specs/Perspective%20VMS%20-%20AE%20Specification.pdf |
| wherein the computer is programmed to perform the following functions: [15.7] | Usage of computer previously established | Preamble to the next set of claim elements | No evidence required |

# Hawk Technology Systems, LLC v. Northside Independent School District

| Independent Claim No. 15 | HAWK USP RE43,462 | Product Disclosure | Comments & Reference |
|---|---|---|---|
| display the digitally compressed images from the cameras in different windows on the display screen, each window being associated with an update rate and dimensions in pixels, [15.8] | *(Abstract, ll. 1-8)* "A PC-based system for monitoring and storing representative images from video cameras may be utilized for security or other monitoring applications. Camera inputs from digital or analog sources are individually and independently digitized and displayed at a first set of image sizes, sampling rates, and frame rates, and may be stored in digital form on various recording media at a second set of image sizes, sampling rates, and frame rates, and these two sets of sizes and rates may or may not be identical."<br><br>*(2:66– 3:3)* "The present invention implements an automated video monitoring system by way of a PC-based platform employing display windowing software, with camera sources being interfaced to an input circuit board which includes provisions for image data compression."<br><br>*(6:34– 40)* "It should be noted that there is no requirement that the image sizes or frame rates utilized for the video display match those utilized for the storage media. In practice, these two specifications may not agree, and will be determined by other factors, such as operator manipulation of the displayed image sizes or changes resulting from the detection of alarm conditions." | [See page 19]<br><br><br><br>[See page 45]<br><br>**Enter the desired frame rate. This number would typically be between 2 and 30. A higher FPS will utilize more storage space which can result in fewer days of retained video.**<br><br>[See page 5]<br><br>**An ability for PVMS to enhance normal camera configurations (FPS and Resolution) to a changed state on trigger-able (alarm/alert) conditions defined in a workflow.** | LENSEC Perspective VMS support displaying of the compressed images in different window on single screen with suitable frame rate and resolution for each image.<br><br>http://www.lensec.com/library/Specs/PVMS_UsersGuide_v_1_0_0.pdf<br><br>http://www.lensec.com/library/Specs/PVMS_Administration_v_1_2_0.pdf<br><br>http://www.lensec.com/library/Specs/PerspectiveVMSReleaseNotes-v2_4_0.pdf |

# Hawk Technology Systems, LLC v. Northside Independent School District

| Independent Claim No. 15 | HAWK USP RE43,462 | Product Disclosure | Comments & Reference |
|---|---|---|---|
| vary~~the dimensions and the rate~~*spatial parameters and temporal parameters* at which a particular image is updated in its window in accordance with one of the externally derived commands, *[15.9]* | *(6:34– 40)* "It should be noted that there is no requirement that the image sizes or frame rates utilized for the video display match those utilized for the storage media. In practice, these two specifications may not agree, and will be determined by other factors, such as operator manipulation of the displayed image sizes or changes resulting from the detection of alarm conditions." <br><br> *(8:28– 42)* "It will be appreciated that in any of these implementations, alarm or sensor signals may be utilized to automatically re-configure the system operating mode, as, for example, increasing the frame rate or image size for an image source associated with the sensor which has initiated the alarm signal condition. As explained above, the displayed windows and image sizes may be reconfigured into an operating mode different from the reconfiguration of the digital storage mode. If desired, the operator may choose to allow the system to automatically adjust the compression ratio utilized for a particular window in response to alarm signal conditions. Alternatively, the compression ratio may be adjusted in response to the selection by the operator of a particular window for closer monitoring, by switching to an image window having larger dimensions in pixels." | [See Page 30] <br><br>  <br><br> **6. Resolution: You must enter a resolution that is supported by the camera being configured. A particular camera might support resolutions of 1600 x 1200 and 800 x 600, so either resolution would work. Another camera might support different resolutions. If you choose a resolution that is not supported by the camera, it could affect your view.** <br><br> **8 and 9. Playback FPS and Streaming FPS: Enter the Frames per Second (FPS) for Playback and for Streaming video. Playback FPS is the rate at which you are playing archived video. Streaming FPS is the rate being supplied for real-time viewing, such as video you can view in the Camera Viewer module. The Playback and Streaming rates can be different, depending upon your system configuration, resources and needs. A higher Streaming FPS can result in the need for higher network bandwidth resources. In most instances Playback FPS is set between 2 and 10 FPS. The setting for** | LENSEC Perspective VMS support externally derived operator commands such as event, alarm notification, motion detection etc. <br><br> http://www.lensec.com/library/Specs/PVMS_UsersGuide_v_1_0_0.pdf |

# Hawk Technology Systems, LLC v. Northside Independent School District

| Independent Claim No. 15 | HAWK USP RE43,462 | Product Disclosure | Comments & Reference |
|---|---|---|---|
| | | Streaming FPS can depend upon available bandwidth but can also fall within that range.<br><br>[See page 2]<br><br>**Event and Alarm Notification**<br><br>**An always-viewable events panel allows users to receive and react to events and alarms anywhere within the system**<br><br>[See page 87]<br><br>**The Motion Detection Box will detect motion in the area that it surrounds. To search for that motion, select sensitivity (High, Medium or Low) and click whether you want to Search Motion-Forward or Search Motion-Backward. The Motion Detection Window will appear, and as the system searches through archives in the direction you chose (forward or backward) it will display up to nine Found Item Thumbnails representing found motion events.** To continue the search, click the Previous control or the Next control. **To view video of the motion detected, double click the Found Item Thumbnail desired, and that video will be displayed in the Camera Viewer (or in the Archive Viewer if you started Fast Find in the Archives module.)**<br><br> | http://www.lensec.com/library/Specs/PVMS_Spec.pdf<br><br><br><br>http://www.lensec.com/library/Specs/PVMS_UsersGuide_v_1_0_0.pdf |

## Hawk Technology Systems, LLC v. Northside Independent School District

| Independent Claim No. 15 | HAWK USP RE43,462 | Product Disclosure | Comments & Reference |
|---|---|---|---|
| | | [See page 40]<br><br><br><br>The Motion Box will be designated by a dotted red line. **Motion detected within this Motion Box, which is above the sensitivity level set in the Motion Sensitivity control, and which takes place during a time that Motion Detection is active, will result in a Motion Event which will be recorded, and can be viewed, in the Side Panel Events Container.** | http://www.lensec.com/library/Specs/PVMS_Administration_v_1_2_0.pdf |

# Hawk Technology Systems, LLC v. Northside Independent School District

| Independent Claim No. 15 | HAWK USP RE43,462 | Product Disclosure | Comments & Reference |
|---|---|---|---|
| store the digitally compressed images in the high-capacity storage medium, and [15.10] | *(3:64– 67)* "It is a further object of the invention to provide extended recording time for event-logging or security applications by means of either tape-based, or <u>disk-based</u>, or both tape-based and <u>disk-based data recording means</u>." <br><br> *(3:30– 40)* "Storage of images may be implemented by way of a tape back-up device, such as a DAT or 8-mm tape recorder, which are capable of storing as much as 960 hours of monitoring images, or by way of <u>disk storage devices</u>, preferably including removable disk drives such as magneto-optical disks or PCMCIA-compatible disk-drive modules. Images are preferably stored as a succession of data-compressed representations, corresponding to various window sizes sampled at diverse update rates; however, though the image representations need not be identical to the sizes and rates used for video monitors displaying the various images" <br><br> *(6:22– 33)* "An additional feature is the capability to implement a dual-recording-media option. This facility provides the ability to record simultaneously both on a tape (for high capacity, long term storage) and also on a removable media, such as a removable hard disk (i.e. PCMCIA) or magneto-optical disk (for short-term storage of up to 24 hours of images). These disks facilitate high-speed searching of recorded information without interrupting the tape, as well as providing a back up for the recording on the tape. In addition, the system is capable of simultaneously searching the recorded images on the disk storage unit while continuing to store images on the tape storage unit." | [See page 44] <br><br>  <br><br> [See page 5] <br> **The amount of storage space necessary is based on the desired number of days required for video storage, the format of video to be stored, resolution, image complexity, Frames Per Second (FPS), if the video to be stored will be continuous, motion or event-based, the number of events daily etc. The storage may be SAN (Storage Array Network), NAS (Network Attached Storage), DAS (Direct Attached Storage), or Fiber attached storage.** | LENSEC Perspective VMS support the change in video attributes such as spatial (resolution, sensitivity) and temporal (frame rate) parameters of images which can be varied through externally derived commands such as motion detection, alarm etc. <br><br> http://www.lensec.com/library/Specs/PVMS_Administration_v_1_2_0.pdf <br><br> http://www.lensec.com/library/Specs/PerspectiveVMSReleaseNotes-v2_4_0.pdf |

# Hawk Technology Systems, LLC v. Northside Independent School District

| Independent Claim No. 15 | HAWK USP RE43,462 | Product Disclosure | Comments & Reference |
|---|---|---|---|
| vary the dimensions and the rate spatial parameters and temporal parameters at which a particular image is stored in accordance with one of the externally derived commands. [15.11] | (3:64– 67) "It is a further object of the invention to provide extended recording time for event-logging or security applications by means of either tape-based, or disk-based, or both tape-based and disk-based data recording means." <br><br> (3:30– 40) "Storage of images may be implemented by way of a tape back-up device, such as a DAT or 8-mm tape recorder, which are capable of storing as much as 960 hours of monitoring images, or by way of disk storage devices, preferably including removable disk drives such as magneto-optical disks or PCMCIA-compatible disk-drive modules. Images are preferably stored as a succession of data-compressed representations, corresponding to various window sizes sampled at diverse update rates; however, though the image representations need not be identical to the sizes and rates used for video monitors displaying the various images" <br><br> (6:34– 40) "It should be noted that there is no requirement that the image sizes or frame rates utilized for the video display match those utilized for the storage media. In practice, these two specifications may not agree, and will be determined by other factors, such as operator manipulation of the displayed image sizes or changes resulting from the detection of alarm conditions." <br><br> (10:38– 45) "If desired, the operator may choo to allow the system to automatically adjust the compression ratio utilized for a particular windo in response to alarm signal conditions. Alternatively, the compression ratio may be adjusted in response to the selection by the operator of a particular window for closer monitoring, by switching to an image window having larger dimensions in pixels." | **[See page 44]** <br><br> **Frames per Second:** Enter the desired frame rate. This number would typically be between 2 and 30. A higher FPS will utilize more storage space which can result in fewer days of retained video. <br><br> **Motion Sensitivity:** Select an appropriate motion sensitivity level (typical: 0.0008.) <br><br> **Motion Difference:** Select an appropriate level for Motion Difference (typical: 15.) <br><br> **[See page 5]** <br><br> **An ability for PVMS to enhance normal camera configurations (FPS and Resolution) to a changed state on trigger-able (alarm/alert) conditions defined in a workflow.** | LENSEC Perspective VMS support the change in video attributes such as spatial (resolution, sensitivity) and temporal (frame rate) parameters of images which can be varied through externally derived commands such as motion detection, alarm etc. and stored in the storage. <br><br> http://www.lensec.com/library/Specs/PVMS_Administration_v_1_2_0.pdf <br><br> http://www.lensec.com/library/Specs/PerspectiveVMSReleaseNotes-v2_4_0.pdf |

# Hawk Technology Systems, LLC v. Northside Independent School District

| Independent Claim No. 15 | HAWK USP RE43,462 | Product Disclosure | Comments & Reference |
|---|---|---|---|
| | | **[See page 5]**<br><br>**The amount of storage space necessary is based on the desired number of days required for video storage, the format of video to be stored, resolution, image complexity, Frames Per Second (FPS), if the video to be stored will be continuous, motion or event-based, the number of events daily etc. The storage may be SAN (Storage Array Network), NAS (Network Attached Storage), DAS (Direct Attached Storage), or Fiber attached storage.** | http://www.lensec.com/library/Specs/Perspective%20VMS%20-%20AE%20Specification.pdf |